# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**JASON CHARLES MONK**,

    Plaintiff,

v.

**OFFICER FLOYD**,

    Defendant.

Civil Action No. 7:13-CV-114 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 21) in which he recommends dismissing this action for Plaintiff's failure to properly prosecute his case. Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. This case is hereby dismissed. Plaintiff's Motion for Default Judgment is denied as moot. (Doc. 17).

**SO ORDERED**, this the 27th day of June, 2014.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

aks